AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

-------------------------------------------------DISTRICT OF-------------------------------------------------
## MASSACHUSETTS

TRUSTEES OF THE PLUMBERS AND
GASFITTERS' LOCAL UNION NO. 12 WELFARE,
PENSION, ANNUITY, VACATION & XMAS and
FRINGE BENEFIT FUNDS; PLUMBERS AND
GASFITTERS LOCAL 12; and PLUMBERS' UNION
NO. 12 LABOR MANAGEMENT COOPERATION
TRUST FUND

**SUMMONS IN A CIVIL CASE**

## 05 - 11510 PBS

CASE NUMBER:

V.

McGLONE PLUMBING, INC.

TO: (Name and address of defendant)

McGLONE PLUMBING, INC.
*c/o Its President:*
Daniel T. McGlone
111 French Avenue
Braintree, MA  02184

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert M. Cheverie, Esq.
**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
Commerce Center One
333 East River Drive, Suite 101
East Hartford, CT  06108-4203

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

JUL 1 8 2005

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

Norfolk County Sheriff's Department   P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
Norfolk, ss.

July 26, 2005

I hereby certify and return that on 7/25/2005 at 2:49PM I served a true and attested copy of the summons, complaint and civil cover sheet in this action in the following manner: To wit, by delivering in hand to Daniel McGlone, President and Officer, person in charge at the time of service for McGlone Plumbing, Inc, at 111 French Avenue, Braintree, MA 02184. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($7.68) Total Charges $45.18

Deputy Sheriff William M Blake                                           Deputy Sheriff

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                Date                                Signature of Server

                                              _____
                                              Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure