UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION & XMAS AND FRINGE BENEFIT FUNDS; PLUMBERS AND GASFITTERS LOCAL 12; AND PLUMBERS' UNION NO. 12 LABOR MANAGEMENT COOPERATION TRUST FUND,<br><br>Plaintiffs<br><br>VS.<br><br>McGLONE PLUMBING, INC.<br><br>Defendant | Civil Action No.<br>05-11510 (PBS)<br><br><br><br><br><br><br><br>November 7, 2005 |

**PLAINTIFFS' MOTION FOR EXEMPTION FROM THE ORDER DESIGNATING THE ABOVE-CAPTIONED CASE AS AN ELECTRONIC FILING**

The above-captioned case is currently designated for electronic filing. The undersigned respectfully requests permission from the Court to file the Motion for Default for Failure to Plead, previously filed with Court on October 25, 2005, through the mail with .pdf copies on disks, for the reasons set forth below.

The offices of the undersigned are not yet set up to accommodate cases being filed electronically in Massachusetts. Training on the Electronic Case Filing System for office personnel has not been scheduled. An Electronic Case Filing Registration

Form was completed by the undersigned via e-mail on November 4, 2005 and am currently awaiting a login and password.

For the reasons set forth above, the undersigned respectfully requests to be excused from the standing procedural order requiring electronic case filing for this particular Motion.

THE PLAINTIFFS,

By: _____
Robert M. Cheverie, Esq.
ROBERT M. CHEVERIE
 & ASSOCIATES, P.C.
333 East River Drive Suite 101
East Hartford, CT 06108
Tele. No.: (860) 290-9610
BBO # 082320
e-mail: rcheverie@cheverielaw.com
THEIR ATTORNEY

2

ROBERT M. CHEVERIE & ASSOCIATES, P.C.

## C E R T I F I C A T I O N

I hereby certify that a copy of the foregoing Motion for Exemption for an Order Designating the Above-Captioned Case as an Electronic Filing has been mailed, first-class and postage prepaid, this 7th day of November 2005 to the following:

Daniel T. McGlone, President
McGLONE PLUMBING, INC.
111 French Avenue
Braintree, MA  02184

Robert M. Cheverie

JTF.12 FUNDS.MCGLONE PLUMBING.2005
Motion for Exempt from Electronic Filing 11-7-05

3