UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION & XMAS AND FRINGE BENEFIT FUNDS; PLUMBERS AND GASFITTERS LOCAL 12; AND PLUMBERS' UNION NO. 12 LABOR MANAGEMENT COOPERATION TRUST FUND,<br><br>Plaintiffs<br><br>VS.<br><br>McGLONE PLUMBING, INC.<br><br>Defendant | Civil Action No.<br>05-11510 (PBS)<br><br><br><br><br><br><br><br>October 24, 2005 |

## MOTION FOR DEFAULT FOR FAILURE TO PLEAD

The Plaintiffs in the above-captioned action hereby represent that the time limit for responding to their Complaint has passed and that the Defendant, McGlone Plumbing, Inc., has failed to respond to the Plaintiffs' Complaint as required by Rule 12(a) of the Federal Rules of Civil Procedure.

Specifically, Plaintiffs' Civil Cover Sheet, Summons, and Complaint for collection of delinquent Funds contributions were filed with the Clerk's Office on July 18, 2005. These documents were served on the Defendant, McGlone Plumbing, Inc., by Norfolk County Deputy Sheriff William M. Blake on July 25, 2005. The Return of Service was filed with the Clerk's Office on August 3, 2005. To date, no Appearance

has been entered on behalf of Defendant and Defendant has not answered the Complaint.

WHEREFORE, the Plaintiffs, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, respectfully move this Court to enter default against said Defendant for failure to plead.

THE PLAINTIFFS,

By: *[signature]*
Robert M. Cheverie, Esq.
ROBERT M. CHEVERIE
& ASSOCIATES, P.C.
333 East River Drive Suite 101
East Hartford, CT 06108
Tele. No.: (860) 290-9610
BBO # 082320
THEIR ATTORNEY

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Default for Failure to Plead has been mailed, first-class and postage prepaid, this 24th day of October 2005 to the following business and residence address:

Daniel T. McGlone, President
McGLONE PLUMBING, INC.
111 French Avenue
Braintree, MA 02184

_____
Robert M. Cheverie

JTF.12 FUNDS.MCGLONE PLUMBING.2005
Motion for Default for Failure to Plead.10-19-05

3