UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 05-11510-PBS

**Trustees of the Plumbers and Gasfitters' Local Union No. 12 Welfare, Pension, Annuity, Vacation & Xmas and Fringe Benefit Funds Benefit Funds**, et al,
Plaintiffs,

v.

**McGlone Plumbing, Inc.,**
Defendant.

NOTICE OF DEFAULT

     Upon application of the plaintiff for an Order of Default for failure of the defendant to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant, McGlone Plumbing, Inc. has been defaulted on December 14, 2005.

     Sarah Thornton
     Clerk

     By: /s/ Robert C. Alba
     Deputy Clerk

Date: December 14, 2005