UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

        Civil Action
        No: 05-11510-PBS

**Trustees of the Plumbers and Gasfitters' Local Union No. 12 Welfare, Pension, Annuity, Vacation & Xmas and Fringe Benefit Funds Benefit Funds**, et al,
Plaintiff,

v.

**McGlone Plumbing, Inc.**,
Defendant.

PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                           December 14, 2005

      On December 14, 2005, a notice of default was issued as to the defendant McGlone Plumbing, Inc. pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before January 14, 2006. Plaintiff shall include a proposed form of judgment along with the motion filing.

                                                         By the Court,

                                                         /s/ Robert C. Alba
                                                         Deputy Clerk