UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION & XMAS AND FRINGE BENEFIT FUNDS; PLUMBERS AND GASFITTERS LOCAL 12; AND PLUMBERS' UNION NO. 12 LABOR MANAGEMENT COOPERATION TRUST FUND,<br><br>Plaintiffs<br><br>VS.<br><br>McGLONE PLUMBING, INC.<br><br>Defendant | Civil Action No.<br>05-CV-11510<br><br><br><br><br>December 28, 2005 |

**ORDER**
**FOR ENTRY OF JUDGMENT BY DEFAULT**

Defendant McGlone Plumbing, Inc., having not appeared, answered, or defended in this action and the Court having allowed the Notice of Default to issue by Order dated December 14, 2005.

Now, upon application of the Plaintiffs and Affidavits demonstrating that Defendant owes Plaintiffs the sum certain of **Six Thousand Three Hundred Eleven Dollars and Sixty-Four Cents ($6,311.64)** for delinquent Funds contributions; **Four Hundred Twenty-Four Dollars and Fifty-One Cents ($424.51)** in unpaid late fees; that Defendant is not an infant or incompetent person or in the military service of the United States; and that Plaintiffs have incurred costs in the amount of **Two Hundred**

***Ninety-Five Dollars and Eighteen Cents ($295.18)***, and attorney's fees in the amount of ***One Thousand Four Hundred Dollars ($1,400.00)***, it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiffs recover from Defendant McGlone Plumbing Inc. Funds contributions in the amount of ***$6,311.64***, late fees in the amount of ***$424.51***, costs in the amount of ***$295.18***, and attorneys fees in the amount of ***$1,400.00***, for a total judgment of ***$8,431.33***.

Plaintiffs may also recover post-judgment interest as provided by law.

By the Court,

Dated: January 18, 2006

_____
Deputy Clerk

ROBERT M. CHEVERIE & ASSOCIATES, P.C.
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT 06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719