UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred   X

Trustees of the Plumbers and Gasfitters' Local Union No. 12
Welfare, Pension, Annuity, Vacation & Xmas and Fringe Benefit Funds, et al

V.                                                    CA No.  05-11510-PBS

 McGlone Plumbing, Inc.

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Dein   for the following proceedings:

(A)    Referred for full pretrial case management, including all dispositive motions.

(B)    Referred for full pretrial case management, not including dispositive motions:

(C)    Referred for discovery purposes only.

(D)    Referred for Report and Recommendation on:

   (  ) Motion(s) for injunctive relief
   (  ) Motion(s) for judgment on the pleadings
   (  ) Motion(s) for summary judgment
   (  ) Motion(s) to permit maintenance of a class action
   (  ) Motion(s) to suppress evidence
   (  ) Motion(s) to dismiss
   (  ) Post Conviction Proceedings[1]
   See Documents Numbered: 

(E)    **X**    Case referred for events only.  See Doc. No(s).  Application for Supplementary Process for Examination of Judgment Debtor.

(F)    Case referred for settlement.

(G)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
   (  ) In accordance with Rule 53, F.R.Civ.P.
   (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)    Special Instructions: 


 June 21, 2006                                           By:     /s/ Robert C. Alba
Date                                                                 Deputy Clerk

**(Order of Reference - 05/2003)**

---

[1]    See reverse side of order for instructions