UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION AND XMAS AND FRINGE BENEFIT FUNDS, et al., <br><br> Plaintiffs, <br> v. <br><br> McGLONE PLUMBING, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CIVIL ACTION <br> NO. 05-11510-PBS |

## ORDER TO APPEAR
## FOR SUPPLEMENTARY PROCESS EXAMINATION

The plaintiffs' Application for Supplementary Process Examination of Judgment Debtor (Docket No. 11) is ALLOWED. Daniel T. McGlone, President of McGlone Plumbing, Inc., is ORDERED to appear before the undersigned United States Magistrate Judge at the following time and place:

Tuesday, August 1, 2006, at 10:30 A.M.

U.S. District Court
One Courthouse Way
Courtroom #15, 5th Floor
Boston, MA 02210

then and there to be examined under oath concerning his or its property and means of paying the Judgment in the amount of $8,431.33 entered against McGlone Plumbing, Inc. on January 18, 2006.

IT IS FURTHER ORDERED that the plaintiffs shall serve this Order and a copy of their Application on the judgment debtor forthwith and thereafter file a return of service with this court.

DATED: June 22, 2006

*Judith Gail Dein*
Judith Gail Dein
United States Magistrate Judge