UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF THE PLUMBERS AND GASFITTERS' LOCAL UNION NO. 12 WELFARE, PENSION, ANNUITY, VACATION & XMAS AND FRINGE BENEFIT FUNDS; PLUMBERS AND GASFITTERS LOCAL 12; AND PLUMBERS' UNION NO. 12 LABOR MANAGEMENT COOPERATION TRUST FUND, | Civil Action No. 05-CV-11510 (JGD) |
| Plaintiffs - Creditors | |
| VS. | |
| McGLONE PLUMBING, INC. | October 11, 2006 |
| Defendant - Debtor | |

## AGREEMENT
### AND STIPULATION OF JUDGMENT

**Whereas**, judgment dated January 18, 2006 in favor of Plaintiffs Trustees of the Plumbers and Gasfitters Local 12 Trust Funds entered against Defendant McGlone Plumbing, Inc. on January 25, 2006 and ordered that Plaintiffs recover from Defendant delinquent Funds contributions in the amount of **$6,311.64**, late fees in the amount of **$424.51**, costs in the amount of **$295.18**, and attorneys fees in the amount of **$1,400.00** for a total judgment of **$8,431.33**, plus post-judgment interest as provided by law [Doc. 10].

***Whereas,*** Defendant's failure to pay the judgment or respond to Plaintiffs' settlement offers caused Plaintiffs to duly serve upon Defendant a Notice for a Supplementary Process Hearing to determine Defendant's assets and ability to pay the judgment; and

***Whereas,*** Defendant's failure to appear after being duly served and noticed of the aforementioned Hearing on August 1, 2006 caused the Court to issue a warrant for the arrest of Daniel T. McGlone, President and owner of Defendant McGlone Plumbing, Inc. and to bring him before the Court for the purpose of the Supplementary Process Hearing; and

***Whereas,*** having failed to voluntarily appear after being noticed by the Federal Marshall, Daniel T. McGlone was arrested on October 4, 2006 and held until the Supplementary Process Hearing was conducted; and

***Whereas,*** at the commencement of the Supplementary Process Hearing, Daniel T. McGlone, on behalf of the Defendant, represented to the Court his agreement to pay the judgment as described below and acknowledged that such Agreement has the force of a court order and, if breached in anyway, upon motion of the Plaintiffs, will subject him to contempt proceedings before this Court;

**WHEREBY** the above-captioned parties voluntarily agree as follows:

1.  Daniel T. McGlone will pay the judgment at the rate of at least One Hundred Fifty Dollars ($150.00) per month beginning on November 1, 2006 and will cause such payment to be made on the ***first day of each subsequent month*** until either the entire judgment or this Agreement has been fully satisfied. Each payment, if by check, will be made payable to "**Plumbers Local No. 12 Trust Funds**" and will be delivered to Plumbers Local No. 12 Trust Funds at 1230-1236 Massachusetts Avenue, Boston, Massachusetts 02125. Payment is due on the first (1st) day of each month and if the payment is not received on or before the seventh (7th) day of the month, Daniel T. McGlone will be in breach of this Agreement and subject to contempt proceedings.

2.  In light of the distressed nature of Defendant's business, Plaintiffs have agreed to waive a portion of the judgment, attorneys fees and costs, interest and late fees on the condition that Defendant pay the sum of ***Five Thousand Eight Hundred Seventy-Nine Dollars and Fifty-Four Cents ($5,879.54)*** at the rate of at least $150.00 per month, or more if possible. This sum represents the delinquent wages, pension, annuity and health benefits contributions owed by Defendant on behalf of William P. Hayward, Gary F. MacDougall, and Scott Smith, the three (3) plumbers employed by Defendant in July 2005 for which Funds contributions are due and owing.

3.  In the event that McGlone Plumbing, Inc. fails to submit timely payments as described in Paragraph 1 above and to pay the sum of ***$5,879.54*** at the rate of $150.00 or more per month, Daniel T. McGlone, as President of Defendant McGlone

Oct 17      McGlone Plumbing Inc.      7818434655         p.2
10/12/2006 THU 12:19  FAX 000 200 0011 Cheverie & Associates         @004/004

Plumbing, Inc., acknowledges that he will be liable for the full judgment sum of $8,431.33, post-judgment interest, accrued late fees, and the Plaintiffs' reasonable attorney fees and costs associated with the enforcement of the judgment, and will be subject to contempt proceedings before this Court.

Signed this __16__ day of October 2006:

_____          _____
Daniel T. McGlone, President        Roger B. Gill, Administrator, Trustee
McGlone Plumbing, Inc.              Plumbers Local 12 Trust Funds
111 French Avenue                   1230-1236 Massachusetts Avenue
Braintree, MA 02184                 Boston, MA 02125
617-799-8036                        617-288-5400

                                    _____
                                    John T. Fussell, Esq., Counsel for
                                    Plumbers Local No. 12 Trust Funds

It is so ordered:  _____
                   PATTI B. SARIS
                   United States District Judge

s:\jt\ua local 12 funds-collections\mcglone plumbing, inc._12 tf_2005 lawsuit\2006\dc stipulation of judgment061010.doc